FILED
CLERK, U.S. DISTRICT COURT

MAR 1 0 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DAVID RANDOLPH SMITH,                )    NO. CV 08-00564 GAF (SS)
                                     )
                Petitioner,          )    **ORDER ADOPTING FINDINGS,**
                                     )    **CONCLUSIONS AND RECOMMENDATIONS**
        v.                           )    **OF UNITED STATES MAGISTRATE JUDGE**
                                     )
JAMES HARTLY, Warden,                )
                                     )
                Respondent.          )
                                     )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a _de novo_ determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings and conclusions of the Magistrate Judge.

\\\
\\\
\\\
\\\
\\\

Accordingly, IT IS ORDERED THAT:

1.  The Petition is DENIED and Judgment shall be entered dismissing this action without prejudice.

2.  The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

Dated: _____3/6____, 2008.

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE