FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RANDOLPH SMITH, | CASE NO. CV 08-00564 GAF (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JAMES HARTLY, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 3/6/08

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE